UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BASRA D. MOHAMED,

        Plaintiff,

   v.

WASHINGTON STATE HUMAN
RIGHTS COMMISSION, et al.,

        Defendants.

Case No. C22-1011-JHC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

In an application to proceed *in forma pauperis* (IFP), Dkt. 1, Plaintiff indicates he has no income or sources of money, no cash or savings, a negative checking account balance, and $2,970.00 in monthly expenses.  The Court is unable to consider the IFP request without complete and detailed information as to Plaintiff's financial status.  If he has no means of support, he must explain how he is able to meet basic monthly expenses, including food and shelter.  Plaintiff must submit a revised IFP application within **twenty (20) days** of this Order.  Failure to comply may result in denial of the IFP application and/or dismissal of this matter.

Dated this 21st day of July, 2022.

                                      Ravi Subramanian
                                      Clerk of Court

                                  By: Stefanie Prather
                                      Deputy Clerk