UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BASRA D. MOHAMED,

                Plaintiff,

    v.

WASHINGTON STATE HUMAN
RIGHTS COMMISSION, et al.,

                Defendants.

CASE NO. C22-1011-JHC

REPORT AND RECOMMENDATION

Plaintiff filed a motion to proceed *in forma pauperis* (IFP) in this civil matter.  Dkt. 1.

However, he failed to provide complete and detailed information as to his financial status.  For

example, Plaintiff indicated he has no income or sources of money, no cash or savings, a

negative checking account balance, and $2,970.00 in monthly expenses, but did not provide any

explanation as to how he is able to meet his basic expenses, including food and shelter.  By

Order dated July 21, 2022, the Court directed Plaintiff to file an amended IFP application,

correcting the identified deficiency, within twenty days of the date of the Order.  Dkt. 4.  The

Order noted that failure to comply may result in denial of IFP and/or dismissal of this case.

REPORT AND RECOMMENDATION - 1

1    To date, the Court has not received a response to its Order or a completed IFP application

2  from Plaintiff.  Accordingly, the Court recommends Plaintiff's motion to proceed IFP, Dkt. 1, be

3  DENIED.  This action should proceed only if Plaintiff pays the $402 filing fee within **thirty (30)**

4  **days** after entry of the Court's Order adopting this Report and Recommendation.  If no filing fee

5  is paid within thirty days of the Court's Order, the Clerk should close the file.

6    Objections to this Report and Recommendation, if any, should be filed with the Clerk and

7  served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and

8  Recommendation is signed.  Failure to file objections within the specified time may affect your

9  right to appeal.  Objections should be noted for consideration on the District Judge's motions

10  calendar for the third Friday after they are filed.  Responses to objections may be filed within

11  **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will

12  be ready for consideration by the District Judge on <u>**September 2, 2022**</u>.

13    Dated this 18th day of August, 2022.

14

15    S. KATE VAUGHAN
       United States Magistrate Judge

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION - 2