1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  BASRA D. MOHAMED,

9                          Plaintiff,

10       v.

11  WASHINGTON STATE HUMAN
    RIGHTS COMMISSION, et al.,

12

                         Defendants.

13

Case No. 2:22-cv-01011-JHC

ORDER DENYING PLAINTIFF'S *IN
FORMA PAUPERIS* APPLICATION

14       Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan,

15  United States Magistrate Judge, any objections or responses, and the remaining record, the Court

16  finds and ORDERS:

17       (1)       The Court ADOPTS the Report and Recommendation.

18       (2)       Plaintiff's application for leave to proceed *in forma pauperis*, Dkt. # 1, is

19  DENIED.  Plaintiff is directed to pay the full filing fee of $402.00 within thirty (30) days of the

20  date of signature below.  If the filing fee is not paid, this case will be dismissed.

21       (3)       The Clerk shall file the complaint only on receipt of the filing fee.  If no filing fee

22  is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file.

23

ORDER DENYING PLAINTIFF'S IN FORMA
PAUPERIS APPLICATION - 1

1       The Clerk is directed to send uncertified copies of this Order to Plaintiff and to Judge

2   Vaughan.

3       Dated this 2nd day of September, 2022.

4                                           _John H. Chun_____
                                            John H. Chun
5                                           United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING PLAINTIFF'S IN FORMA
PAUPERIS APPLICATION - 2