UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED,<br><br>           Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE HUMAN<br>RIGHTS COMMISSION, et al.,<br><br>           Defendants. | CASE NO. C22-1011JHC<br><br>MINUTE ORDER |

The following minute order is made by the direction of the Court, the Honorable John H. Chun:

The Court's Order adopting the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge (Dkt. # 6) is VACATED. Plaintiff is not required to pay any filing fee until further instructed by the Court. Consideration of Plaintiff's amended application to proceed in forma pauperis is referred to the

//

MINUTE ORDER - 1

1 | Honorable S. Kate Vaughan.

2 | Filed and entered this 12th day of September, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2