UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BASRA D. MOHAMED,<br><br>                    Plaintiff,<br><br>     v.<br><br>WASHINGTON STATE HUMAN<br>RIGHTS COMMISSION, et al.,<br><br>                    Defendants. | Case No. C22-1011-JHC<br><br>ORDER GRANTING AMENDED IN<br>FORMA PAUPERIS APPLICATION |

Because Plaintiff does not appear to have funds available to afford the filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's amended IFP application, Dkt. 7, is GRANTED.  The Clerk is directed to send copies of this order to Plaintiff and to the assigned District Judge.

Dated this 13th day of September, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge