1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BASRA MOHAMED,
              Plaintiff,

v.

WASHINGTON STATE HUMAN RIGHTS
COMMISSION, ET AL.,
              Defendant.

CASE NO. 2:22-cv-01011-JHC

ORDER

       This matter comes before the Court *sua sponte*. On January 4, 2023, the Court issued an Order to Show Cause as to why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Dkt. # 15. Plaintiff has failed to demonstrate good cause for the failure. *See* Dkt. # 16. Plaintiff has not provided proof that service was effectuated properly. As detailed in Defendant's motion to dismiss, there may be other service problems as well. Dkt. # 19. And the Court typically will not order service of a defendant without a direct request from the plaintiff. Accordingly, the Court DISMISSES this matter without prejudice.

ORDER - 1

Dated this 6th day of March, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2